**Deny Writ and Opinion Filed July 1, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00846-CV**

**IN RE JAMES D. RYAN, SOLELY AS TRUSTEE FOR THE MAXIMILEN ENOCH BARTON TRUST AND THE VICTORIA LYNN BARTON TRUST, Relator**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-01813**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lewis
Opinion by Justice Bridges

Relator contends the trial judge erred in striking a petition in intervention. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown he is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus and **LIFT** the stay imposed by this Court's June 21, 2013 order.

/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

130846F.P05